






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-00-00740-CV







In re United States Wireless Cable, Inc. and Robert T. Davis









ORIGINAL PROCEEDING FROM TRAVIS COUNTY







PER CURIAM

	We overrule the relators' amended motion for immediate temporary relief (the
relators' original motion for immediate temporary relief is dismissed); we deny their petition for
writ of mandamus without prejudice to reconsideration.  Tex. R. App. P. 52.8(a). 


Before Justices Kidd, Yeakel and Puryear

Filed:   April 27, 2001

Do Not Publish


